**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| LUIS ALBERTO NAVA-RUIZ, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | |
| CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) ) ) ) ) ) ) | No. 2:26-cv-02391-SHL-atc |
| Respondents. | ) ) | |

**ORDER REQUIRING SERVICE AND STAYING TRANSFER**

On April 7, 2026, Petitioner Luis Alberto Nava-Ruiz filed the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)  Nava-Ruiz challenges his continued immigration detention in the West Tennessee Detention Facility without a bond hearing.  (ECF No. 1-3 at PageID 11.)

His counsel states that she served the Petition on one of the three Respondents, Christopher Bullock, whom she calls "Respondent" (id. at PageID 18), but does not appear to have served the remaining Respondents she lists in the case caption (id. at PageID 11).  Further, perhaps because counsel failed to modify her ossified habeas template, the Petition states that Nava-Ruiz is charged, on the one hand, as an "arriving alien" (id.), and, on the other, "as an 'alien present in the United States who has not been admitted or paroled,' in contrast to an 'arriving alien'" (id. at PageID 13).  Counsel is reminded that by signing the Petition, she represents to the Court that its "factual contentions have evidentiary support."  Fed. R. Civ. P.

11(b)(3).  These continued discrepancies are troubling.

Upon review of the Petition, it is **ORDERED** as follows:

(1)    Nava-Ruiz shall, within **five days** of this Order, supplement the Petition with a plain and consistent statement of the basis of his detention, as well as a definitive statement of the number and identity of the Respondents.

(2)    Nava-Ruiz shall, also within **five days** of this Order, **serve one copy each of the Petition (ECF Nos. 1, 1-1, 1-2, 1-3), his supplemental statement, and this Order (ECF No. 6)** on each Respondent, and ensure that copies are delivered to the United States Attorney for the Western District of Tennessee at the following address:

Stuart Canale, Assistant United States Attorney
United States Attorney's Office
167 North Main Street
Suite 800
Memphis, TN 38103

Additionally, Nava-Ruiz shall deliver a copy of this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address:

**stuart.canale@usdoj.gov**.  Failure to fully comply with this requirement may justify dismissal of the Petition.  See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

(3)    Within **five days** after Nava-Ruiz fully complies with the above requirement, Respondents shall respond to the Petition in writing.

(4)    Nava-Ruiz may file a reply within **two days** after Respondents' responsive filing.

(5)    Respondents shall not transfer Nava-Ruiz out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 9th day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE